IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ASHLEY RANDLE, § § Plaintiff, § § V. § PACIFICA HARBORVIEW- § KESSLER, LLC d/b/a THE § MERIDIAN AT KESSLER PARK, § § Defendants. § | No. 3:21-cv-512-BN |

## ORDER ON SETTLEMENT

Defendant has reported that all issues asserted in the lawsuit have been resolved. *See* Dkt. No. 25. The parties are directed to file the appropriate dismissal papers – a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with a corresponding proposed order – by **March 21, 2022**. If the parties do not or are unable to file the appropriate dismissal papers by March 21, 2022, or further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court.

SO ORDERED.

DATED: February 22, 2022

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE